UNITED STATES of America,
Plaintiff-Appellee,

v.

WILLARD E. FRASER COMPANY, a
corporation, and Willard Edward
Fraser, Defendants-Appellants.

No. 25862.

United States Court of Appeals,
Ninth Circuit.

May 24, 1972.

C. W. Jones, Billings, Mont. (argued), for defendants-appellants.

Eugene A. Lalonde, Asst. U. S Atty. (argued), Otis L. Packwood, U. S. Atty., Billings, Mont., for plaintiff-appellee.

Before BARNES, ELY and GOODWIN, Circuit Judges.

PER CURIAM:

We affirm the judgment of the District Court on the Opinion and Order of the Honorable William J. Jameson, District Court Judge. 308 F.Supp. 557 (D. Mont.1970), and cases cited therein.

Rodney Gene BROADWAY, Petitioner-Appellant,

v.

The STATE OF TEXAS, Respondent-Appellee.

No. 71-3262.

United States Court of Appeals.
Fifth Circuit.

May 30, 1972.

Don Gladden, Marvin Collins, Fort Worth, Tex., for petitioner-appellant.

Crawford C. Martin, Atty. Gen., Dunklin Sullivan, Asst. Atty. Gen., Austin, Tex., for respondent-appellee.

Before AINSWORTH, GODBOLD and MORGAN, Circuit Judges.

PER CURIAM:

We have thoroughly reviewed the record in this cause and are convinced that the judgment of the district court was correct.

Accordingly, we affirm for the reasons stated in the district court's opinion. See Broadway v. Beto (N.D.Tex.1971) 338 F.Supp. 827.

Affirmed.